| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Fitzgerald & Associates, P.C.<br>  By: Nicholas Fitzgerald<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>Emai: nickfitz.law@gmail.com<br>(201) 533-1100<br>Counsel for Debtor(s) | Order Filed on December 7, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Norma M. Manrique | Case No.: 20-11537-VFP<br>Chapter: 13<br>Judge: V. F. Papalia |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 7, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Fitzgerald & Associates, P.C. _____, the applicant, is allowed a fee of $ ___1,113.00___ for services rendered and expenses in the amount of $___Zero___ for a total of $___1,113.00___. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___1,249.00___ per month for ___49___ months to allow for payment of the above fee.

*rev.8/1/15*